In the Matter of the Application of MECHANICS' BANK,
BROOKLYN, Respondent, for a Peremptory Writ of
Mandamus.

THE REGISTER OF THE COUNTY OF KINGS et al.,
Appellants.

*Matter of Mechanics' Bank, Brooklyn*, 156 App. Div. 343, affirmed.

(Argued June 3, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered April 25, 1913, which reversed an order of Special
Term denying a motion for a peremptory writ of man-
damus to compel the register of the county of Kings to
record a certain deed, and granted said motion. The
register had refused to record the deed unless there was

presented with it an affidavit showing that it was not intended as a mortgage.

*Thomas Carmody, Attorney-General* (*Joseph A. Kellogg* and *Claude T. Dawes* of counsel), for appellants.

*Franklin M. Tomlin* and *James M. Gray* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and MILLER, JJ.   Dissenting: HOGAN, J.